**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LANDON WARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:23cv01460** |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN**

1. There are no jurisdictional issues in this case. The parties agree that this court has federal question jurisdiction since this is a claim for disability benefits brought under 29 U.S.C. 1132(a)(1)(B) of the Employee Retirement Income Security Act of 1974 (ERISA).

2. There are no parties who have not been served.

3. Plaintiff Landon Ward's claim is for disability benefits from an ERISA employee welfare benefit plan brought under the authority of 29 U.S.C. §1132(a)(1)(B) of ERISA. The Defendant denies that Plaintiff is entitled to any relief on his claim for benefits under ERISA. Defendant contends that the relevant plan documents contain appropriate discretionary language, and the decisions on Plaintiff's claim for benefits was not an abuse of discretion standard based on the administrative record. Plaintiff asserts that Defendant wrongfully denied benefits under the policy and brings this action to pursue relief for Defendant's arbitrary determination.

4. The parties agree that the primary evidence in this case will be the documents within the administrative record as produced by Defendant. Given that this case is governed by ERISA, Plaintiff contends he is allowed to perform discovery that pertains to the completeness of the administrative record, relates to how Lincoln has interpreted the plan in the past, would assist the court in understanding medical terms of procedures, whether Lincoln complied with ERISA's procedural regulations and/or its own internal procedures and guidelines in handling Plaintiff's claim, and the existence and extent of a conflict of interest on the part of Lincoln.

5. In regards to the items identified in Fed.R.Civ.P. 26(f)(3), the parties do not anticipate any issues regarding attorney-client privilege or work-product protection, electronically stored information, nor should any changes be made to the limitations on discovery imposed by the Federal Rules of Civil Procedure or the Local Rules. As this is an action for review on an administrative record, this action is exempted from the initial disclosure requirement pursuant to F.R.C.P. 26(a)(1)(B)(i). However, Defendant provided a complete bates-numbered copy of the full claim

file to Plaintiff on January 31, 2024. The parties agree that, as Plaintiff's claim is for recovery of disability benefits under ERISA, discovery will be limited to that prescribed by the Fifth Circuit in *Crosby v. La. Health Serv. & Indem. Co.*, 647 F.3d 258 (5th Cir. 2011).

6. No discovery has been completed at this time. See response in paragraph 5, above.

7. No discovery disputes exist at this time, although the parties may have differing opinions regarding whether individual discovery requests are within the appropriate scope of discovery for this type of claim (*Crosby v. La. Health Serv. & Indem. Co.*, 647 F.3d 258 (5th Cir. 2011)).

8. The parties do not believe anticipate any issues regarding attorney-client privilege or work product protections under Federal Rule of Evidence 502.

9. The parties have not discussed mediation. They intend to discuss the resolution of this matter without the use of a mediator. After discussion, if they have a reasonable belief that a resolution may be facilitated through mediation, then the parties will be amenable to mediation.

Respectfully Submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Main: (214) 579-9319
Fax: (469) 444-6456

**By:** /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

- And -

**MARC WHITEHEAD & ASSOCIATES,**
**ATTORNEYS AT LAW, LLP**
403 Heights Blvd
Houston, Texas 77007
(713) 228-8888 tel
(713) 225-0940 fax

**BY:** /s/ *Anthony Vessel* (by permission)
Anthony Vessel
State Bar of Texas No. 24084019
S.D. of Texas Bar No. 1692384
Email: anthony@marcwhitehead.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. Anthony Vessel
Email: anthony@marcwhitehead.com

February 16, 2024
Date

/s/ Iwana Rademaekers
Iwana Rademaekers