**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LANDON WARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:23cv01460** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO EXTEND MEDIATION DEADLINE**

Plaintiff Landon Ward and Defendant Liberty Life Assurance Company of Boston file this Joint Motion to Extend Mediation Deadline and show the Court as follows:

1. On February 21, 2024, the Court entered the Scheduling Order (document 16). Pursuant to that Order, the parties must mediate this case on or before June 3, 2024, and file a report in accordance with Local Rule CV-88 within one week of the completion of mediation.

2. The Parties are discussing a resolution to the matter. However, Plaintiff's claim for Social Security disability benefits is still pending, so the offsets and overpayment cannot yet be determined, which has greatly hampered the parties' ability to conduct negotiations or engage in effective mediation. Accordingly, the parties request that the Court extend the mediation deadline by 30 days from today, until July 10, 2024.

**PRAYER**

Plaintiff and Defendant request the Court enter an Order extending the deadline complete mediation until and including July 10, 2024.

Dated this 10th day of June 2024.

Respectfully submitted,

Respectfully Submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Main: (214) 579-9319
Fax: (469) 444-6456

**By:** /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

- And -

**MARC WHITEHEAD & ASSOCIATES, ATTORNEYS AT LAW, LLP**
403 Heights Blvd
Houston, Texas 77007
(713) 228-8888 tel
(713) 225-0940 fax

**BY:** /s/ *Anthony Vessel* (by permission)
Anthony Vessel
State Bar of Texas No. 24084019
S.D. of Texas Bar No. 1692384
Email: anthony@marcwhitehead.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a “Notice of Electronic Filing” to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. Anthony Vessel
Email: anthony@marcwhitehead.com

June 10, 2024
Date

/s/ Iwana Rademaekers
Iwana Rademaekers