**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LANDON WARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:23cv01460** |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On this day, came on to be considered the Joint Motion to Extend Mediation Deadline. Upon reviewing the Motion, the Court finds that it has merit and should be granted. It is therefore

ORDERED that the parties shall have until and including July 10, 2024, to mediate this case, and shall file a report in accordance with Local Rule CV-88 within one week of the completion of mediation.

**SIGNED** this ______ day of ___________________, 2024.

________________________________________
UNITED STATES DISTRICT JUDGE